# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| YOLANDA LEWIS, Individually and on behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   2:23CV280-PPS/APR<br>)<br>)<br>)<br>) |

## ORDER

Plaintiff Yolanda Lewis's Rule 41 Notice of Dismissal Without Prejudice [DE 18] is SO ORDERED.

The pending Motion to Compel Arbitration and to Dismiss or Stay this Action [DE 13] is DENIED WITHOUT PREJUDICE.

This action is DISMISSED WITHOUT PREJUDICE, each side to bear its own costs, and the case is CLOSED.

**SO ORDERED**.

ENTERED: December 6, 2023.

                                                          /s/ Philip P. Simon
                                                 PHILIP P. SIMON, JUDGE
                                                 UNITED STATES DISTRICT COURT